I, ROBERT BOLTON, telephoned ERIC MESSICK at San Quentin Prison and SCOTT TARYLE at the Attorney General Office regarding stay of execution, in addition, I faxed a copy of this order to ERIC MESSICK AND Keith BORJON

*Robert Bolton*
Deputy Clerk

FILED
CLERK, U.S. DISTRICT COURT
MAY -6 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# DEATH PENALTY

Priority ✓
Send
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE LAMAR FIELDS, <br><br> Petitioner, <br><br> v. <br><br> ROBERT L. AYERS, JR., Warden of California State Prison at San Quentin, <br><br> Respondent. | CASE NO. CV 92-00465 AHM <br><br> **DEATH PENALTY CASE** <br><br> JUDGMENT [Post Mandate] |

The United States Court of Appeals for the Ninth Circuit having issued its mandate in this matter, and in compliance with that mandate, the Court hereby ENTERS JUDGMENT that all claims in the operative second amended petition for writ of habeas corpus are DENIED, and the action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: May 6, 2008

A. Howard Matz
United States District Judge

# NOTICE PARTY SERVICE LIST

Case No. CV92-465-AHM   Case Title FIELDS v. AYERS, JR.
Title of Document  JUDGMENT

|   | | |   | |
|---|---|---|---|---|
|   | Atty Sttlmnt Officer Panel Coordinator | |   | Statistics Clerk |
|   | BAP (Bankruptcy Appellate Panel) | |   | US Attorneys Office - Civil Division -L.A. |
|   | Beck, Michael J (Clerk, MDL Panel) | |   | US Attorneys Office - Civil Division - S.A. |
|   | BOP (Bureau of Prisons) | |   | US Attorneys Office - Criminal Division -L.A. |
| ✓ | CA St Pub Defender (Calif. State PD) | |   | US Attorneys Office - Criminal Division -S.A. |
| ✓ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | |   | US Bankruptcy Court |
|   | Case Asgmt Admin (Case Assignment Administrator) | |   | US Marshal Service - Los Angeles (USMLA) |
|   | Catterson, Cathy (9th Circuit Court of Appeal) | |   | US Marshal Service - Riverside (USMED) |
|   | Chief Deputy Admin | |   | US Marshal Service -Santa Ana (USMSA) |
|   | Chief Deputy Ops | |   | US Probation Office (USPO) |
|   | Clerk of Court | |   | US Trustee's Office |
|   | Death Penalty H/C (Law Clerks) | | ✓ | Warden, San Quentin State Prison, CA |
|   | Dep In Chg E Div | | | |
|   | Dep In Chg So Div | | | |
|   | Federal Public Defender | | | |
|   | Fiscal Section | | | |
|   | Intake Section, Criminal LA | | | |
|   | Intake Section, Criminal SA | | | |
|   | Intake Supervisor, Civil | | | |
|   | Interpreter Section | | | |
|   | PIA Clerk - Los Angeles (PIALA) | | | |
|   | PIA Clerk - Riverside (PIAED) | | | |
|   | PIA Clerk - Santa Ana (PIASA) | | | |
|   | PSA - Los Angeles (PSALA) | | | |
|   | PSA - Riverside (PSAED) | | | |
|   | PSA - Santa Ana (PSASA) | | | |
| ✓ | Schnack, Randall (CJA Supervising Attorney) | | | |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:
Firm:
Address (include suite or floor):

*E-mail:
*Fax No.:
* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk _____